1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>        Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>        Defendant. | CASE NO. 5:07-CV-06033-RMW<br><br>**Honorable Ronald M. Whyte**<br><br>*EX PARTE* **APPLICATION TO EXTEND TIME TO EFFECTUATE SERVICE AND CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Ex Parte Application to Extend Time to Effectuate Service and Continue CMC and [Proposed] Order
Case No. 5:07-cv-06033-RMW
#36201 v1

1  Pursuant to Rules 4(m) and 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request an additional 90 days – until June 26, 2008 – to serve Defendant with the Summons and Complaint.  Plaintiffs further request that the Court continue the case management conference currently set for March 28, 2008, at 10:30 a.m., to July 25, 2008.  As further explained below, Plaintiffs believe they have determined the identity of the Doe defendant in this case, and the parties are engaged in settlement negotiations.  If negotiations fail, Plaintiffs intend to file a First Amended Complaint naming Defendant personally, and then proceed to serve process upon her:

1.  The current deadline for service of process is March 28, 2008.  The initial case management conference is set for March 28, 2008.  No previous continuances or extensions have been requested or granted in this case.

2.  Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe on November 29, 2007.  Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet Service Provider ("ISP") – in this case, the University of California-Berkeley.  In order to determine the true name and identity of the Doe defendant, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on November 29, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

3.  The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.  However, Plaintiffs have since been contacted by an attorney acting on behalf of the Doe defendant (who apparently was notified of this action by the ISP as a result of pre-litigation notices that Plaintiffs send to ISPs).  Because the Doe defendant has come forward and identified herself to Plaintiffs, the relief sought in Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery is no longer needed.  Accordingly, along with this Application, Plaintiffs have filed a Notice of Withdrawal of their *Ex Parte* Application for Leave to Take Immediate Discovery.

4.  Settlement negotiations are ongoing.  If the parties reach a settlement, Plaintiffs will promptly file appropriate dispositional documents.  If negotiations fail, Plaintiffs intend to file a First Amended Complaint naming Defendant personally, and then proceed to serve process upon her.

1

Ex Parte Application to Extend Time to Effectuate Service and Continue CMC and [Proposed] Order
Case No. 5:07-cv-06033-RMW
#36201 v1

1  5. Given the circumstances of this case, Plaintiffs respectfully request an additional 90
2  days – until June 26, 2008 – to effectuate service.  Plaintiffs further request that the case
3  management conference be continued to July 25, 2008, or such other date as conveniences the Court.
4  6. Plaintiffs submit that their current efforts to settle the case without naming Defendant
5  personally in the lawsuit constitute good cause under Rule 4(m) for an extension of time for service.
6  *See Matasareanu v. Williams*, 183 F.R.D. 242, 245-46 (C.D. Cal. 1998) (stating good cause standard
7  for service extensions).  This Court has discretion to enlarge the time to serve even where there is no
8  good cause shown.  *Henderson v. United States*, 517 U.S. 654, 658 n. 5 (1996).  Here, Plaintiffs have
9  acted in good faith to try to settle this matter with Defendant without potentially damaging her credit
10 by naming her in the suit as well as attempting to avoid the cost of further litigation for both parties.
11 Moreover, unlike a traditional case in which the defendant is known by name at the time of filing
12 and efforts to serve can begin immediately after filing the complaint, in this case Plaintiffs first had
13 to determine the true identity of the Doe defendant.
14 7. Because the copyright infringements here occurred in 2007, the three-year limitations
15 period for these claims has not expired.  *See* 17 U.S.C. § 507(b) (2000).  There can thus be no
16 prejudice to the Defendant from any delay in serving the Complaint.
17 8. Plaintiffs will provide the Defendant with a copy of this request and any Order
18 concerning this request when service of process occurs.

19 Dated:  March 17, 2008                                HOLME ROBERTS & OWEN LLP

21                                                       By:   */s/ Matthew Franklin Jaksa*
22                                                             MATTHEW FRANKLIN JAKSA
                                                              Attorney for Plaintiffs
23                                                            UMG RECORDINGS, INC.; ARISTA
                                                              RECORDS LLC; ELEKTRA
24                                                            ENTERTAINMENT GROUP INC.;
                                                              CAPITOL RECORDS, INC.; LAFACE
25                                                            RECORDS LLC; SONY BMG MUSIC
                                                              ENTERTAINMENT; and MOTOWN
26                                                            RECORD COMPANY, L.P.

1

**[PROPOSED] ORDER**

2  Good cause having been shown:

3  **IT IS ORDERED,** pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1),
4  that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to June 26,
5  2008.

6  **IT IS FURTHER ORDERED** that the case management conference currently set for March
7  28, 2008, at 10:30 a.m. be continued to July 25, 2008.

8

9

10  Dated: _____                By: _____
11                                                  Honorable Ronald M. Whyte
                                                    United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Ex Parte Application to Extend Time to Effectuate Service and Continue CMC and [Proposed] Order
Case No. 5:07-cv-06033-RMW
#36201 v1