Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>                     Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>                     Defendant. | CASE NO. 5:07-CV-06033-RMW<br><br>**Honorable Ronald M. Whyte**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |

1   Plaintiffs UMG RECORDINGS, INC. *et al.*, hereby withdraw their *Ex Parte* Application for Leave to Take Immediate Discovery, filed on November 29, 2007.

2   Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking leave of the Court to serve a Rule 45 subpoena on a third-party Internet Service Provider in order to discover the true identity of the John Doe defendant in this case.  However, the Doe defendant has since identified herself to Plaintiffs, and the parties are in settlement talks.  Accordingly, the relief sought in Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery is no longer needed.

Dated:  March 17, 2008                                      HOLME ROBERTS & OWEN LLP


By:   */s/ Matthew Franklin Jaksa*
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; ARISTA RECORDS LLC; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P.