1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:     matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; ARISTA RECORDS
7  LLC; ELEKTRA ENTERTAINMENT GROUP
   INC.; CAPITOL RECORDS, INC.; LAFACE
8  RECORDS LLC; SONY BMG MUSIC
   ENTERTAINMENT; and MOTOWN RECORD
9  COMPANY, L.P.
10

11              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
12                  SAN JOSE DIVISION
                                        *E-Filed 3/19/08*
13

14  UMG RECORDINGS, INC., a Delaware          CASE NO. 5:07-CV-06033-RMW
    corporation; ARISTA RECORDS LLC, a
15  Delaware limited liability company; ELEKTRA   **Honorable Ronald M. Whyte**
    ENTERTAINMENT GROUP INC., a Delaware
16  corporation; CAPITOL RECORDS, INC., a      ***EX PARTE* APPLICATION TO EXTEND**
    Delaware corporation; LAFACE RECORDS      **TIME TO EFFECTUATE SERVICE AND**
17  LLC, a Delaware limited liability company;   **CONTINUE CASE MANAGEMENT**
    SONY BMG MUSIC ENTERTAINMENT, a          **CONFERENCE AND [] ORDER**
18  Delaware general partnership; and MOTOWN
    RECORD COMPANY, L.P., a California
19  limited partnership,
20
              Plaintiffs,
21
22        v.
23  JOHN DOE,
24              Defendant.
25
26
27
28

Ex Parte Application to Extend Time to Effectuate Service and Continue CMC and [] Order
Case No. 5:07-cv-06033-RMW
#36201 v1

1    Pursuant to Rules 4(m) and 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs

2    respectfully request  an additional 90 days – until June 26, 2008 – to serve Defendant with the

3    Summons and Complaint.  Plaintiffs further request that the Court continue the case management

4    conference currently set for March 28, 2008, at 10:30 a.m., to July 25, 2008.  As further explained

5    below, Plaintiffs believe they have determined the identity of the Doe defendant in this case, and the

6    parties are engaged in settlement negotiations.  If negotiations fail, Plaintiffs intend to file a First

7    Amended Complaint naming Defendant personally, and then proceed to serve process upon her:

8        1.    The current deadline for service of process is March 28, 2008.  The initial case

9    management conference is set for March 28, 2008.  No previous continuances or extensions have

10   been requested or granted in this case.

11       2.    Plaintiffs filed their Complaint for Copyright Infringement against Defendant John

12   Doe on November 29, 2007.  Plaintiffs did not have sufficient identifying information to name

13   Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address

14   assigned to Defendant by Defendant's Internet Service Provider ("ISP") – in this case, the University

15   of California-Berkeley.  In order to determine the true name and identity of the Doe defendant,

16   Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on November 29,

17   2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the

18   ISP.

19       3.    The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take

20   Immediate Discovery.  However, Plaintiffs have since been contacted by an attorney acting on

21   behalf of the Doe defendant (who apparently was notified of this action by the ISP as a result of pre-

22   litigation notices that Plaintiffs send to ISPs).  Because the Doe defendant has come forward and

23   identified herself to Plaintiffs, the relief sought in Plaintiffs' *Ex Parte* Application for Leave to Take

24   Immediate Discovery is no longer needed.  Accordingly, along with this Application, Plaintiffs have

25   filed a Notice of Withdrawal of their *Ex Parte* Application for Leave to Take Immediate Discovery.

26       4.    Settlement negotiations are ongoing.  If the parties reach a settlement, Plaintiffs will

27   promptly file appropriate dispositional documents.  If negotiations fail, Plaintiffs intend to file a First

28   Amended Complaint naming Defendant personally, and then proceed to serve process upon her.

1

5.      Given the circumstances of this case, Plaintiffs respectfully request an additional 90 days – until June 26, 2008 – to effectuate service.  Plaintiffs further request that the case management conference be continued to July 25, 2008, or such other date as conveniences the Court.

6.      Plaintiffs submit that their current efforts to settle the case without naming Defendant personally in the lawsuit constitute good cause under Rule 4(m) for an extension of time for service. *See Matasareanu v. Williams*, 183 F.R.D. 242, 245-46 (C.D. Cal. 1998) (stating good cause standard for service extensions).  This Court has discretion to enlarge the time to serve even where there is no good cause shown.  *Henderson v. United States*, 517 U.S. 654, 658 n. 5 (1996).  Here, Plaintiffs have acted in good faith to try to settle this matter with Defendant without potentially damaging her credit by naming her in the suit as well as attempting to avoid the cost of further litigation for both parties. Moreover, unlike a traditional case in which the defendant is known by name at the time of filing and efforts to serve can begin immediately after filing the complaint, in this case Plaintiffs first had to determine the true identity of the Doe defendant.

7.      Because the copyright infringements here occurred in 2007, the three-year limitations period for these claims has not expired.  *See* 17 U.S.C. § 507(b) (2000).  There can thus be no prejudice to the Defendant from any delay in serving the Complaint.

8.      Plaintiffs will provide the Defendant with a copy of this request and any Order concerning this request when service of process occurs.

Dated:  March 17, 2008                          HOLME ROBERTS & OWEN LLP


By:   ___*/s/ Matthew Franklin Jaksa*_____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
UMG RECORDINGS, INC.; ARISTA
RECORDS LLC; ELEKTRA
ENTERTAINMENT GROUP INC.;
CAPITOL RECORDS, INC.; LAFACE
RECORDS LLC; SONY BMG MUSIC
ENTERTAINMENT; and MOTOWN
RECORD COMPANY, L.P.

2

1

## [] ORDER

2     Good cause having been shown:

3     **IT IS ORDERED,** pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1),

4   that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to June 26,

5   2008.

6     **IT IS FURTHER ORDERED** that the case management conference currently set for March

7   28, 2008, at 10:30 a.m. be continued to July 25, 2008 before the undersigned.

8

9

10   Dated:  ____3/19/08_____               By: _Ronald M. Whyte_____

11                                                      Honorable Ronald M. Whyte
                                                        United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ex Parte Application to Extend Time to Effectuate Service and Continue CMC and [] Order
Case No. 5:07-cv-06033-RMW
#36201 v1