Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:      dawniell.zavala@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; ARISTA RECORDS
LLC; ELEKTRA ENTERTAINMENT GROUP
INC.; CAPITOL RECORDS, INC.; LAFACE
RECORDS LLC; SONY BMG MUSIC
ENTERTAINMENT; and MOTOWN RECORD
COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br><br>                    Plaintiffs,<br><br>        v.<br><br>JOHN DOE,<br>                    Defendant. | CASE NO. 5:07-CV-06033-RMW<br><br>Honorable Ronald M. Whyte<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1

Plaintiffs respectfully request that the Court continue the case management conference currently set for July 25, 2008 at 10:30 a.m. to September 26, 2008. As further explained below, Plaintiffs have discovered the identity of the Doe defendant in this case and the parties have reached a provisional settlement. In support of their request, Plaintiffs state as follows:

1.    The initial case management conference is set for July 25, 2008 at 10:30 a.m. Plaintiffs have requested, and the court granted, one previous continuance of the case management conference in this matter on March 19, 2008.

2.    Plaintiffs filed their Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on November 29, 2007. Plaintiffs did not have sufficient identifying information to name the defendant individually in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider ("ISP").

3.    In order to determine Defendant's true name and identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on November 29, 2007, requesting that the Court enter an Order allowing Plaintiffs to serve a Rule 45 subpoena on the ISP.

4.    Although the Court had not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Defendant nevertheless contacted Plaintiffs though an attorney. Defendant was notified by the ISP of the potential lawsuit against her, and in response, Defendant identified herself to Plaintiffs; thereafter, settlement discussions began. Accordingly, Plaintiffs filed a Notice of Withdrawal of their *Ex Parte* Application for Leave to Take Immediate Discovery on March 17, 2008.

///
///
///
///
///
///
///

2

5.    The parties have agreed upon a settlement, and Defendant just recently returned a signed settlement agreement to Plaintiffs.  Thus, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for July 25, 2008 at 10:30 a.m. to September 26, 2008.

Dated:  July 17, 2008                           HOLME ROBERTS & OWEN LLP


By:  _____/s/ Dawniell Alise Zavala___
        DAWNIELL ALISE ZAVALA
        Attorney for Plaintiffs


**[PROPOSED] ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for July 25, 2008 at 10:30 a.m. be continued to September 26, 2008.


Dated: _____         By: _____
                                                DAWNIELL ALISE ZAVALA
                                                Honorable Ronald M. Whyte
                                                United States District Judge

3